IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation, | ) ) ) ) | CIVIL 14-00141-HG-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CLAUDE CUSTARD, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 15)

Findings and Recommendation having been filed and served on all parties on August 26, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION THAT PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CLAUDE CUSTARD BE GRANTED (ECF No. 15) are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

DATED: 9/16/14, Honolulu, Hawaii.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge